RECEIVED

Jun 15  II 04 AM '04

FINANCIAL
DISCLOSURE OFFICE

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### 500 POYDRAS STREET
### CHAMBERS C-322
### NEW ORLEANS, LA. 70130
### (504)-589-7560

**MARCEL LIVAUDAIS, JR.**
U.S. Senior District Judge

June 10, 2004

Hon. Mary M. Lisi, Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.   20544

Re:  Marcel Livaudais, Jr., Senior Judge<br>Calendar Year 2003 Financial Disclosure Report

Dear Judge Lisi:

I write in reply to your recent letter regarding my 2003 Financial Disclosure Report. You questioned Part VII, page 1, line 15, wherein I had listed Fidelity Municipal Money Market, which was not listed on my earlier reports.

Actually, it was listed by mistake and should not have been listed at all since it was not a reportable asset.  It is merely a low interest-bearing checking account maintained by Fidelity Investments Service USA wherein dividends received by Fidelity on reportable assets are placed pending my check writing.  I also have my monthly Social Security payments wired into that account for the same purpose.  I regret having mistakenly listed it on my 2003 report and ask that you delete it.

With many thanks and best regards, I am

Sincerely



Marcel Livaudais, Jr.

MLjr/fn

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) LIVAUDAIS, JR., MARCEL - | 2. Court or Organization EASTERN DISTRICT OF LOUISIANA | 3. Date of Report 3/26/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 500 POYDRAS STREET CHAMBERS 322 NEW ORLEANS, LOUISIANA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 APR -5 P 2:5 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LIVAUDAIS, JR., MARCEL - | 3/26/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIVAUDAIS, JR., MARCEL - | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. NAVAJO REFINING CO. | A | Royalty | J | W | | | | | |
| 2. DUKE ENERGY FIELD SERVICES | A | Royalty | J | W | | | | | |
| 3. FLASH OIL & GAS SOUTHWEST | A | Royalty | J | W | | | | | |
| 4. FIDELITY INVESTMENTS SERVICE USA - CONSISTS OF: | C | Dividend Int | N | T | | | | | |
| 5. AIM AGRESSIVE GROWTH (AAGFX) | - | None | K | T | | | | | |
| 6. AMERICAN INT. GROUP (AIG) | A | Dividend | K | T | | | | | |
| 7. McKESSON HBOC, INC. (MCK) | A | Dividend | J | T | | | | | |
| 8. EXXON MOBIL CORP. (XOM) | A | Dividend | J | T | | | | | |
| 9. UNOCAL CORP. (UCL) | A | Dividend | K | T | | | | | |
| 10. WHITNEY HOLDING CORP. (WTNY) | B | Dividend | L | T | | | | | |
| 11. WHITE OAK GROWTH STOCK (WOGSX) | - | None | J | T | | | | | |
| 12. RS EMERGING GROWTH NK (RSEGX) | B | Dividend | K | T | | | | | |
| 13. STRONG GROWTH (SGROX) | - | None | M | T | | | | | |
| 14. TWEEDY BROWN GLOBAL VALUE FUND (TBGVX) | A | Dividend | K | T | | | | | |
| 15. FIDELITY MUNICIPAL MONEY MARKET (FTEXX) | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LIVAUDAIS, JR., MARCEL - | 3/26/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

IN PART VIII OF MY 2002 REPORT I STATED THAT I HAD SOLD RS EMERGING AND BOUGHT RS AGGRESSIVE. IT WAS THE OTHER WAY AROUND. I HAVE ONLY RS EMERGING.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LIVAUDAIS, JR., MARCEL - | 3/26/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date _March 29, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544